

# NEIL H. GREENBERG & ASSOCIATES, P.C.
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
MELANIE J. LAZARUS, ESQ.

PARALEGALS

ROSA COSCIA
FRANCIS PENA

January 14, 2020

**VIA ECF Filing**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

RE: Hernandez Alejandro v. Steven Stile Farmers Mkt No 2 LLC, et al.
19-CV-9504 (JMF)(SN)

Honorable Judge Furman:

This office represents the Plaintiff in the above-referenced matter. On October 16, 2019, the Court issued an Order referring the parties to mediation before the assigned Magistrate Judge and scheduling an Initial Conference in this matter for January 22, 2020 [Docket Entry 5]. Pursuant to that Order, mediation was to take place at least two weeks prior to the Initial Conference. We write now, in accordance with Your Honor's Order, and with the consent of Defendants' counsel, to request an adjournment of the Initial Conference as the mediation before Magistrate Judge Netburn has not yet taken place and is not scheduled to take place until February 24, 2020. This is the first request for adjournment of the Initial Conference. If the Court's schedule permits, counsel for all parties are available March 2, 2020, March 4, 2020, and March 9, 2020.

Thank you for your time and attention to this matter.

Respectfully submitted,

Melanie J. Lazarus, Esq.

cc: All Counsel of Record (VIA ECF Filing)

---

Request DENIED. The parties are, however, relieved of their obligation to participate in a settlement conference before Judge Netburn prior to the initial pretrial conference. The parties are reminded that they must file on ECF no later than Thursday a joint letter, the contents of which are described in the Court's order scheduling the initial pretrial conference, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the letter. See ECF No. 5. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

January 14, 2020

PHONE: 516.228.5100　　FAX: 516.228.5106　　INFO@NHGLAW.COM
WWW.NHGLAW.COM　　WWW.NEWYORKOVERTIMELAW.COM