UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORINO HERNANDEZ ALEJANDRO,

                           Plaintiff,

                  -against-

STEVEN STILE FARMERS MKT NO 2 LLC, et al.,

                          Defendants.

-----------------------------------------------------------------X

19-CV-09504 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

The Initial Pretrial Conference scheduled for February 12, 2020, ECF No. 23, is adjourned without a date. The Court will set a schedule for discovery at the conclusion of the settlement conference scheduled for February 24, 2020, if the parties do not reach a settlement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 23, 2020
              New York, New York