UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTORINO HERNANDEZ ALEJANDRO,

                              Plaintiff,                        19-CV-09504 (SN)

              -against-                                  **ORDER**

STEVEN STILE FARMERS MKT NO 2 LLC,
et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on February 24, 2020, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 15, 2020. ECF No. 29. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       May 26, 2020
                    New York, New York